UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BIOLASE, INC. SECURITIES LITIGATION** | Case No. SACV 13-01300-JLS (FFMx)<br><br>**ORDER TAKING MOTIONS TO DISMISS OFF CALENDAR (DOCS. 41, 42)** |

Upon consideration of the parties' stipulation to take defendants' motions to dismiss the consolidated complaint off calendar, and good cause appearing,

IT IS HEREBY ORDERED that defendants' motions to dismiss are taken off calendar and the hearing scheduled for October 10, 2014 is vacated.

IT IS FURTHER ORDERED that should the parties fail to finalize the settlement and/or obtain final approval of the settlement, defendants may request that the Court reschedule the hearing on the motions to dismiss.

SO ORDERED this 9th day of October, 2014.

JOSEPHINE L. STATON
United States District Judge